**Order entered May 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01375-CR

**WILLIE JAMES PITTS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F13-61758-I**

## ORDER

The Court **ORDERS** the appellant's brief received on May 26, 2015 filed as of the date of this order.

The clerk's record does not contain the trial court's jury charge on guilt or the verdict form. The Court notes that on October 15, 2014, the trial court ordered that the verdict containing the jury foreman's name and signature was not to be publicly available on the District Clerk's case management system. The documents, however, must be included in the record on appeal.

Accordingly, the Court **ORDERS** the Dallas County District Clerk to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing the trial court's charge on guilt and the jury's verdict. We further **ORDER** that the District Clerk take the

necessary precautions to file the supplemental record containing those documents in accordance with the trial court's October 15, 2014 order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Don Adams, Presiding Judge, Criminal  District Court No. 2; Felicia Pitre, Dallas County District Clerk; and to counsel for all parties.

/s/      ADA BROWN
                   JUSTICE